In the Matter of the Application of WLADES WALTERS, Petitioner, against EDWARD P. MULROONEY and Others, Constituting the State Alcoholic Beverage Control Board of the State of New York, and Another, Respondents.— Review of determination of the State Alcoholic Beverage Control Board by certiorari. Peti-

tioner's license to sell beer was revoked on the ground that liquor was stored upon the licensed premises in violation of a rule of the Board. The determination revoking beer license was proper. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.